# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KAREN GRACE,<br><br>      Plaintiff,<br><br>v.<br><br>CLUB FITNESS, INC.,<br><br>      Defendant. | Case No: 4:21-cv-623 |

## PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, by and through her undersigned counsel, and hereby voluntarily dismisses her claims and causes of action against Defendant without prejudice and at Plaintiff's cost.

By: */s/ John F. Garvey*
John F. Garvey #35879
CAREY DANIS & LOWE
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
Telephone: (314) 725-7700
Facsimile: (314) 678-3401
jgarvey@careydanis.com

Samuel J. Strauss*
TURKE & STRAUSS LLP
613 Williamson Street #201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com

Anthony Paronich*
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile:  (508) 318-8100
anthony@paronichlaw.com

*Motions for Admission to be filed

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF FILING

The undersigned hereby certifies that the foregoing Voluntary Dismissal has been filed using the Court's electronic case filing system on this 7th day of June, 2021.

*/s/ John F. Garvey*