# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KAREN GRACE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:21-CV-00623-JAR |
| CLUB FITNESS, INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff Karen Grace's Voluntary Dismissal Without Prejudice. (Doc. 7). Fed. R. Civ. P. 41(a)(1)(A)(i) permits the plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment. Such dismissal is without prejudice unless otherwise noted. Fed. R. Civ. P. 41(a)(1)(B). This Court will dismiss this action without prejudice because Plaintiff has properly filed a notice of dismissal before Defendant Club Fitness, Inc. filed an answer or motion for summary judgment.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED without prejudice**.

Dated this 7th day of June, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE